NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEBORAH GARRETT-CLEVELAND, SUBSTITUTED FOR HORACE CLEVELAND,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2023-1505

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-6780, Judge Amanda L. Meredith.

---

**JUDGMENT**

---

GWENDOLYN TAWRESEY, Troutman Pepper Locke LLP, Boston, MA, argued for claimant-appellant. Also represented by TIMOTHY L. MCHUGH, Richmond, VA; JOHN F. CAMERON, John F. Cameron, Attorney at Law, Montgomery, AL; JOHN D. NILES, Carpenter Chartered, Topeka, KS.

DANIEL FALKNOR, Commercial Litigation Branch, Civil Division, United States Department of Justice,

Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, WILLIAM JAMES GRIMALDI, PATRICIA M. MCCARTHY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 9, 2025
Date

Jarrett B. Perlow
Clerk of Court